| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Singleton, James K | U.S.District Court, Alaska | 5/9/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.District Judge- Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address 222 West Seventh Avenue, No.41 Anchorage, Alaska 99513-7524 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** --(No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.  2004 | State of Alaska, Judicial Retirement commenced 01/01/94 |
| 2.  2004 | Executive Life Ins.Co. annuity from State payable age 60 |

RECEIVED 2005 MAY 11 P 1:07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | State of Alaska permanent fund dividend | 920.00 |
| 2. | 2004 | State of Alaska Judicial Retirement | 59915.76 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Anchorage School District Teacher Retirement |
| 2. | 2004 | State of Alaska permanent fund dividend |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | George Mason University Foundation, Inc. | for air and ground transportation, meals and lodging to attend "Economics of Private Law for Judges" 10/15-10/21/04 in Tucson, Arizona |
| 2. | Foundation for Research on Economics and the Environment | for air and ground transportation, meals and lodging to attend "Modernization, Agricultural Tech., Trade, and Pop. Migration: 7/6-7/11/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Templeton World Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 2. Executive Life Insurance State Retirement Plan | | None | M | U | | | | | |
| 3. Transamerica Inc. Retirement annuity | | None | L | T | | | | | |
| 4. *IRA-Merrill Lynch-Money Market | | | | | | | | | |
| 5. First Nat.B.Anch.Checking Acct. main branch | | None | J | T | | | | | |
| 6. Enzon Inc. | | None | J | T | | | | | |
| 7. Blackrock I Mun | A | Dividend | J | T | | | | | |
| 8. **Merrill Lynch Bond FD CORE BD PTF | A | Dividend | J | T | | | | | |
| 9. Davis New York Venture | A | Dividend | J | T | | | | | |
| 10. American Cap Inc Bldr | A | Dividend | K | T | | | | | |
| 11. Alliancbernstein Intermediate Div. Muni | A | Dividend | | | Sell | 2/25 | K | A | |
| 12. Cohen & Steers Select Utility Fund Inc. | A | Dividend | K | T | Buy | 3/25 | K | | |
| 13. Gabelli Dividend & Income Trust *First purchased 11/24/03 | A | Dividend | J | T | Buy | 11/24 | J | | |
| 14. Merrill Lynch Bank (cash) | A | Interest | L | T | | | | | |
| 15. *Merrill Lynch Basic Value FD CL 1 | A | Dividend | J | T | | | | | |
| 16. *Merrill Lynch Natural Resources | A | Dividend | J | T | | | | | |
| 17. *Merrill Lynch Global Allocation | A | Divident | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,000-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*IRA-Merrill Lynch-Money Market has been broken down into the following:

Merrill Lynch Basic Value FD CL 1, Merrill Lynch Natural Resources and Merrill Lynch Global Allocation

**Name change of last year's No. 8 to Merrill Lynch Bond FD CORE BD PTF

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Singleton, James K | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si███████████████

Date___5/9/05___

███████████████ ES OR FAILS TO FILE THIS REPORT MAY
4)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544